UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES PEREZ-MARTINEZ, A226-166-015, <br><br> Petitioner, <br><br> v. <br><br> WARDEN OF IMPERIAL REGIONAL DETENTION FACILITY, et al., <br><br> Respondents. | Case No.: 26-cv-1367-RSH-JLB <br><br> **ORDER:** <br><br> **(1) DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND** <br><br> **(2) SETTING DEADLINE TO AVOID DISMISSAL OF PETITION FOR FAILURE TO SATISFY FILING FEE REQUIREMENT** <br><br> **[ECF No. 2]** |

Petitioner Moises Perez-Martinez ("Petitioner"), a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  Petitioner has also filed a motion to proceed in forma pauperis, *see* ECF No. 2, but Petitioner indicates in his application and declaration that he has $75.00 in "cash on hand."  *Id.* at 2.  Additionally, a document entitled "MTC – Imperial Regional Detention Center Resident Account Statement," which has been docketed as an exhibit to

1

the Petition, appears to reflect $62.50 in available funds. *See* ECF No. 1-2 at 1. The filing fee associated with this type of action is $5.00. *See* 28 U.S.C. § 1914(a). Because it appears Petitioner can pay the $5.00 filing fee, Petitioner's motion to proceed in forma pauperis [ECF No. 2] is **DENIED**.

Because the Court cannot proceed until Petitioner has either paid the $5.00 filing fee or has qualified to proceed in forma pauperis, this case is subject to dismissal without prejudice. *See* S.D. Cal. CivLR 3.2; *see also* R. 1(b), 3(a), Rules Governing Section 2254 Cases (2019). To avoid dismissal of this habeas case, Petitioner must, no later than **May 4, 2026**: (1) pay the $5.00 filing fee **OR** (2) submit adequate proof of Petitioner's inability to pay the fee. *For Petitioner's convenience, the Clerk of Court shall attach to this Order a blank application to proceed in forma pauperis.*

**IT IS SO ORDERED.**

Dated: March 5, 2026

Hon. Robert S. Huie
United States District Judge

26-cv-1367-RSH-JLB