

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MOISES PEREZ-MARTINEZ,

Petitioner,

v.

WARDEN, Imperial Regional Detention Facility,

Respondent.

Case No.:  26-cv-1367-RSH-JLB

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On February 27, 2026, petitioner Moises Perez-Martinez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner also filed a motion for leave to proceed *in forma pauperis* ("IFP"). ECF No. 2. On March 4, 2026, the case was transferred to the undersigned. ECF No. 3. Petitioner has since paid the filing fee. ECF No. 5.

Petitioner contends that his detention without a bond hearing pending removal proceedings has become unduly prolonged in violation of the due process clause. ECF No. 1 ¶¶ 2–5. On April 16, 2026, Respondents filed a return stating that given the rulings by courts in this District and the circumstances in this case, "the government concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a

danger to the community or a risk of flight." ECF No. 7 at 1.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Moises Perez-Martinez before an immigration court within *seven (7) days* of this order, at which the government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight.

**IT IS SO ORDERED**.

Dated: April 17, 2026

_Robert S. Huie_
Hon. Robert S. Huie
United States District Judge