UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES PEREZ-MARTINEZ,<br>Petitioner,<br>v.<br>WARDEN, Imperial Regional Detention Facility,<br>Respondent. | Case No.: 26-cv-1367-RSH-JLB<br>**ORDER DENYING MOTION FOR RELEASE**<br>[ECF No. 10] |

On May 8, 2026, petitioner Moises Perez-Martinez filed a notice advising that he had not received a bond hearing as previously ordered by the Court on April 17, 2026. *See* ECF No. 8 (order dated Apr. 17, 2026 directing bond hearing); ECF No. 10 (notice). The Court construes Petitioner's filing as a motion seeking Petitioner's release or in the alternative a bond hearing; and if released, seeking a temporary restraining order governing the conditions of Petitioner's rearrest. The Court directed a response from the government. ECF No. 11.

The government has advised that Petitioner did not receive a timely bond hearing because of an error by Respondents' counsel in failing to communicate this Court's order to the U.S. Department of Homeland Security. *See* ECF Nos. 14 at 1, 18 at 2. The government further advised that a bond hearing was held on May 28, 2026, at which

Petitioner requested additional time to prepare; and that subsequently on June 3, 2026, an immigration judge denied bond based on flight risk and danger to the community. *See* ECF Nos. 15 at 1, 16-1 at 2, 18 at 2. At the Court's direction, the government obtained and filed a copy of the transcript of the bond hearing. *See* ECF Nos. 17, 18.

Petitioner has now received, albeit belatedly, a bond hearing—the alternative relief sought in his motion. The Court has reviewed the transcript of that hearing. The immigration judge purported to impose the burden of proof on the government. It appears from the transcript that Petitioner is subject to an order of removal that he has not timely appealed; and that he has a fairly recent record of arrests, convictions, and a probation violation. Without evaluating the immigration judge's conclusion on the merits, the Court determines that Petitioner's motion does not present a basis for ordering his release.

Accordingly, Petitioner's motion [ECF No. 10] is **DENIED AS MOOT** to the extent he seeks a bond hearing, and **DENIED** to the extent he seeks an order of release from this Court.

**IT IS SO ORDERED**.

Dated: June 25, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge